NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――

**LEONARD MAPP, JR.,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

―――――――――

2024-1022

―――――――――

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-873, Judge Coral Wong Pietsch.

―――――――――

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

November 15, 2023
　　　Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 15, 2023